# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **WILEY GREEN,** | ) |
| | ) |
| **Plaintiff ,** | ) |
| | ) |
| v. | ) 5:10-CV-669-VEH-JEO |
| | ) |
| **OFFICER KEITH GATES, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 7, 2010, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections were filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered in accordance with the Court's findings.

**DONE** this the 5th day of October, 2010.

                                                **VIRGINIA EMERSON HOPKINS**
                                                United States District Judge